**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AKEEM FREEMAN, : | |
| : | |
| Plaintiff, : | Civil No. 12-1630 (NLH) |
| : | |
| v. : | |
| : | |
| : | **MEMORANDUM AND ORDER** |
| ERIC M. TAYLOR, et al., : | |
| : | |
| Defendants. : | |

IT APPEARING THAT:

1. On April 9, 2012, this Court entered an Memorandum and Order (docket entry 2) to administratively terminate the matter due to various deficiencies with Plaintiff's in forma pauperis application. Plaintiff did submit an Affidavit of Poverty but failed to include a six-month institutional account statement certified by an Authorized Officer of the Institution as required by 28 U.S.C. § 1915(a)(2).

2. Thereafter, the Clerk of the Court received a letter from Plaintiff stating that he had submitted an in forma pauperis application and a letter requesting reopening of the matter, however that information had been sent to the Court along with materials for another matter filed by Plaintiff under docket number 1:12-cv-1044.

3. Plaintiff paid the filing fee in 1:12-cv-1044, but did not pay the filing fee for the instant matter.

4.  The Court has reviewed the <u>in forma pauperis</u> application filed as docket entry number 5 in 1:12-cv-1044 that Plaintiff intended to be filed on this docket.

5.  There, Plaintiff submitted an unsigned Affidavit of Poverty which did not include a full six-month institutional account statement covering the time period of six-months prior to the filing of the Complaint.  Additionally, the statement was not certified by an Authorized Officer of the Institution as required by 28 U.S.C. § 1915(a)(2).

6.  Plaintiff's application to proceed <u>in forma pauperis</u> will be denied.

THEREFORE, it is on this __5th__ day of _November_, 2012;

ORDERED that the Clerk shall reopen this matter by making a new and separate entry on the docket reading "CIVIL CASE REOPENED"; and it is further

ORDERED that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby DENIED, without prejudice; and it is finally

ORDERED that the Clerk of the Court shall close the file in this case.


At Camden, New Jersey        _s/ Noel L. Hillman_
                             NOEL L. HILLMAN
                             United States District Judge

2